Bobby Saadian, Esq. (SBN 250377)
classaction@wilshirelawfirm.com
Justin F. Marquez, Esq. (SBN 262417)
justin@wilshirelawfirm.com
Robert J. Dart, Esq. (SBN 264060)
RDart@wilshirelawfirm.com
Benjamin H. Haber, Esq. (SBN 315664)
benjamin@wilshirelawfirm.com
Rachel J. Vinson, Esq. (SBN 331434)
rvinson@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Tel: (213) 381-9988
Fax: (213) 381-9989

Attorneys for Plaintiff CARLOS
MORENO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MORENO, individually, and on behalf of all others similarly situated, | Case No. 8:19-cv-02500-SB-DFM |
| Plaintiff, | [Hon. Stanley Blumenfeld, Jr.] |
| v. | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| PRETIUM PACKAGING, L.L.C., a Delaware limited liability company, and DOES 1 through 10, inclusive, | Date:      March 12, 2021<br>Time:      8:30 a.m.<br>Courtroom:  6C |
| Defendants | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that March 12, 2021 at 8:30 a.m. or as soon

thereafter as the matter can be heard in Courtroom 6C of the United States

District Court for the Central District of California located at 350 West 1st Street,

Los Angeles, California 90012, Plaintiff Carlos Moreno ("Plaintiff") will, and

hereby does, move this Court for entry of an Order pursuant to Fed. R. Civ. Proc.

23(e):

1.     Preliminarily certifying the proposed class for settlement purposes

under Rule 23(e) of the Federal Rules of Civil Procedure;

2.     Preliminarily appointing Plaintiff as the Class Representative for

settlement purposes;

3.     Preliminarily appointing Wilshire Law Firm, PLC as Class Counsel for

settlement purposes;

4.     Preliminarily approving the class action settlement based upon the

terms set forth in the Stipulation of Settlement ("Settlement");

5.     Scheduling a final fairness hearing to consider final approval of the

Settlement, class representative's incentive payments, entry of a proposed final

judgment, and Plaintiff's motion for attorney's fees and costs;

6.     Appointing ILYM Group as the third-party settlement administrator

for mailing notices; and

7.     Approving the proposed Class Notice and ordering that it be

disseminated to the proposed Settlement Class as provided in the Settlement.

This motion is made on the grounds that the Settlement Agreement, which

provides for a total, non-reversionary payment of $1.6 million, "is the product of

serious, informed, non-collusive negotiations, has no obvious deficiencies, does

not improperly grant preferential treatment to class representatives or segments

of the class, and falls within the range of possible approval," such that

preliminary approval is appropriate. *In re Tableware Antitrust Litig*., 484 F.

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT

1   Supp. 2d 1078, 1079 (N.D. Cal. 2007) (quoting *Schwartz v. Dallas Cowboys*

2   *Football Club, Ltd.,* 157 F. Supp. 2d 561, 570 n.12 (E.D. Pa. 2001)).  Further, the

3   proposed notice of settlement complies with due process requirements and is the

4   "best notice that is practicable under the circumstances," as it provides Class

5   Members an opportunity to fully assess the Settlement, including Plaintiffs'

6   motion for attorneys' fees and costs, before deciding whether to opt-out or

7   submit objections.  Fed. R. Civ. P. 23(c)(2)(B).

8       This motion is also made following the conference of counsel pursuant to

9   L.R. 7-3 which took place on February 4, 2021.  Defendant indicated that it does

10  not oppose this motion.

11

12  Dated: February 12, 2021            Respectfully submitted,

13                                      **WILSHIRE LAW FIRM**

14

15                              By: /s/ Justin F. Marquez
                                    Justin F. Marquez
16                                  Bobby Saadian
                                    Robert J. Dart
17                                  Benjamin H. Haber
                                    Rachel J. Vinson

18                                  Attorneys for Plaintiff

19

20

21

22

23

24

25

26

27

28