# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | SA CV 19-02500 SB (DFMx) | Date: | August 6, 2021 |

| | |
|---|---|
| Title: | *Carlos Moreno v. Pretium Packaging, L.L.C., et al* |

| | |
|---|---|
| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |

| Victor Cruz | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Justin F. Marquez-VTC | Russell I. Glazer |
| | Jeremy M. Brenner |

**Proceedings:** **MOTION for Hearing for Final Approval of Class Action Settlement and Class Representative Service Payments filed by Plaintiff Carlos Moreno., Dkt. No. 59;**
**MOTION for Attorney Fees and Costs filed by Plaintiff Carlos Moreno. Dkt. No. 57.**

Hearing held. The Court and counsel confer regarding the tentative order. The Court will adopt and issue its tentative order.

0/03