```
                    FILED
           CLERK, U.S. DISTRICT COURT

              August 17, 2021

          CENTRAL DISTRICT OF CALIFORNIA
          BY:     VPC      DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CENTRAL DIVISION

| | |
|---|---|
| CARLOS MORENO, | Case No. 8:19-cv-02500-SB-DFM |
| Plaintiff, | **JUDGMENT** |
| v. | |
| PRETIUM PACKAGING, L.L.C and DOES 1 through 10, inclusive, | |
| Defendants. | |

## JUDGMENT

The Court hereby orders, adjudges, and decrees as follows:

1. On August 6, 2021, the Court granted final approval of the class action settlement in this matter (Dkt. No. 63).

2. The class action settlement agreement the Court approved provides for a judgment to be entered along with the final approval order, a judgment which the court now enters.

3. The Parties, their Counsel, and the Settlement Administrator shall take

all steps necessary to implement and consummate the Settlement according to its terms and provisions.

4. Without affecting the finality of this Judgment or the Settlement, this Court shall retain continuing jurisdiction over the Parties to this action to ensure effectuation of the Settlement in accordance with the terms of the Settlement and this Judgment.

5. Judgment is hereby entered pursuant to the terms of the Settlement Agreement, attached as Exhibit 1 to the Declaration of Justin F. Marquez in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 53-1).

**IT IS SO ORDERED.**

Dated: August 17, 2021



Stanley Blumenfeld, Jr.
United States District Judge